COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:          In re AJ Drilling and Austin Charlton, Relators

Appellate case number:     01-19-00086-CV

Trial court case number:    2017-23101

Trial court:                          125th District Court of Harris County

On February 4, 2019, relators, AJ Drilling and Austin Charlton, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's January 18, 2019 "Order Granting Plaintiff's Second Motion to Enforce Jury Waiver Against Defendant Austin W. Charlton," and to compel the respondent to place the underlying proceeding on the jury docket. No motion for temporary relief was filed with the petition. This Court's February 12, 2019 Order requested a response to the petition within twenty days of that Order.

On February 28, 2019, relators filed this "Motion []for Temporary Relief to Stay Bench Trial in Trial Court" seeking to stay the underlying proceeding, pending disposition of this petition, because the respondent's February 26, 2019 order denied relators' motion to continue the bench trial. Relator's motion for temporary relief contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **grants** the relators' motion for temporary relief and **ORDERS** that the underlying trial court proceeding is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration. *See* TEX. R. APP. P. 52.10(c).

It is so ORDERED.
Judge's signature: _____/s/ Justice Laura C. Higley____
                              x  Acting individually     ☐ Acting for the Court
Date: __March 1, 2019_____